IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00185-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

3. LYDIA CAMPOS,

 Defendant.

---

ORDER DISMISSING SUPERSEDING INDICTMENT AND COUNTS 5, 6, AND 7
OF THE INDICTMENT AS TO DEFENDANT LYDIA CAMPOS

---

 THIS MATTER comes before the Court on the United States' Motion to Dismiss Counts 5, 6, and 7 of the Indictment and all counts of the Superseding Indictment. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

 ORDERED that the Motion to Dismiss Counts 5, 6, and 7 of the Indictment and all counts of the Superseding Indictment is hereby **GRANTED.** It is further

 ORDERED that counts 5, 6, and 7 of the Indictment and all counts of the Superseding Indictment are **DISMISSED** as to Defendant Lydia Campos.

 Dated this 11th day of December, 2008.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        CHIEF UNITED STATES DISTRICT JUDGE